# PAUL HASTINGS

1(212) 318-6377
allanbloom@paulhastings.com

October 31, 2011

17321.00053

**VIA FACSIMILE**

Chambers of Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/2/11

Re:   *Schlenger v. Fidelity Employer Servs. Co. LLC, et al.*
      No. 09-CV-3986 (CS)

Your Honor:

We represent defendant International Business Machines Corporation ("IBM") in this matter.

We write in response to Plaintiff's letter to the Court dated October 28, 2011, in which Plaintiff requests <u>yet another extension</u> of time to file the Second Amended Complaint. (On April 19, 2011, Your Honor extended Plaintiff's deadline to file a Second Amended Complaint from April 21, 2011 to August 21, 2011. On September 23, 2011, Your Honor extended Plaintiff's deadline yet again, to October 31, 2011.)

We received a copy of Plaintiff's October 28 letter to the Court only this morning, as Plaintiff apparently decided to <u>mail</u> us a copy of the letter to the incorrect address, rather than send it to us at the same time and/or in the same manner as she sent it to the Court three days ago. Plaintiff—a self-professed attorney with 25 years of experience (*see* Am. Compl. ¶ 30)—should know better.

We respectfully request that Plaintiff's request for additional time be denied and that her claims against IBM be dismissed with prejudice for the reasons stated in our earlier correspondence. Plaintiff has now had more than six months to find new counsel or (given her professional background) to prosecute this case on her own behalf. At some point, IBM is entitled to some finality with respect to claims that are now many years old, and which were long ago dismissed by the Court for being unsustainable as pled.

Respectfully submitted,

*/s/ Allan S. Bloom*

Allan S. Bloom
of PAUL HASTINGS LLP

cc:   Susan Amy Schlenger (via UPS Overnight Delivery)
      *Plaintiff*

Paul Hastings LLP | 75 East 55th Street | New York, NY 10022
t: +1.212.318.6000 | www.paulhastings.com

# PAUL
# HASTINGS

## FAX TRANSMISSION

| | | | |
|---|---|---|---|
| **to:** | **company/office:** | **fax:** | **telephone:** |
| Hon. Cathy Seibel | United States District Courthouse | 914-390-4278 | |
| **from:** | **fax:** | **telephone:** | **initials:** |
| Allan S. Bloom | 1(212) 319-4090 | 1(212) 318-6377 | ASB2 |
| **client name:** | *Schlenger v. Fidelity Employer Servs. Co. LLC*, et al. No. 09-CV-3986 (CS) | **client matter number:** | 17321.00053 |
| **date:** | October 31, 2011 | **pages (with cover):** | 2 |

**comments:**

***If you do not receive all pages, please call immediately Facsimile Center: 1(212) 318-6821***

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the below address via the U.S. Postal Service. Thank you.

Paul Hastings LLP | 75 East 55th Street | New York, NY 10022
t: +1.212.318.6000 | www.paulhastings.com

LEGAL_US_E # 94751744.1