AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Susan Amy Schlenger <br> *Plaintiff* <br> v. <br> Fidelity Employer Services Company, et al <br> *Defendant* | Case No. 09-CV-3986 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Susan Amy Schlenger, Plaintiff

Date:   11/10/2011

*Attorney's signature*

Lisa R. Lipman, Esq. (6284)
*Printed name and bar number*

145 Huguenot Street, Suite 402
New Rochelle, NY 10801

*Address*

lrlipman@aol.com
*E-mail address*

(914) 235-9822
*Telephone number*

(914) 636-6021
*FAX number*