AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Susan Amy Schlenger | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   09-CV-3986 |
| Fidelity Employer Services Company, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Susan Amy Schlenger, Plaintiff

Date:   11/17/2011

s/Gail I. Auster
*Attorney's signature*

Gail I. Auster  GA-8428
*Printed name and bar number*

17 Battery Park, Suite 711
New York, NY 10004
*Address*

gailauster@lawauster.com
*E-mail address*

(914) 707-4000
*Telephone number*

(212) 732-1001
*FAX number*