11/29/2011 14:21 12131040090  PAUL HASTINGS  №002/002
Case 7:09-cv-03986-CS   Document 79   Filed 12/01/11   Page 1 of 1
Case 7:09-cv-03986-CS   Document 77   Filed 11/30/11   Page 1 of 1

# PAUL HASTINGS

1(212) 318-6377
allanbloom@paulhastings.com

November 29, 2011

**VIA FACSIMILE**

Chambers of Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Application Granted / ~~Denied~~ Case is dismissed with prejudice.
So Ordered.

_Cathy Seibel_
Cathy Seibel, U.S.D.J.

Dated: 11/29/11

17321.00053

Re:  *Schlenger v. Fidelity Employer Servs. Co. LLC, et al.*
     No. 09-CV-3986 (CS)

Your Honor:

We represent defendant International Business Machines Corporation ("IBM") in this matter.

We write to respectfully request that Your Honor dismiss this case with prejudice. On April 19, 2011, Your Honor extended Plaintiff's deadline to file a Second Amended Complaint from April 21, 2011 to August 21, 2011. On September 23, 2011, Your Honor extended Plaintiff's deadline yet again, to October 31, 2011. On November 2, 2011, Your Honor again extended Plaintiff's deadline, to November 14, 2011 if Plaintiff proceeded *pro se*, or to November 28, 2011 if Plaintiff obtained counsel. In the November 2 Order, Your Honor stated "No further extensions." Subsequently, *two* attorneys filed Notices of Appearance on Plaintiff's behalf (Lisa Ruth Lipman on November 11 and Gail I. Auster on November 17).

Despite the fact that Plaintiff now is represented by two attorneys, she failed to file a Second Amended Complaint within the November 28, 2011 deadline.

We respectfully request that Plaintiff's claims against IBM be dismissed with prejudice. Plaintiff, who is herself an attorney, has had approximately nine months to file a Second Amended Complaint. IBM is entitled to finality with respect to claims that are now many years old, and which were long ago dismissed by the Court for being unsustainable as pled.

Respectfully submitted,

*Allan S. Bloom*

Allan S. Bloom
of PAUL HASTINGS LLP

cc: Lisa Ruth Lipman
    Gail I. Auster
    *Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2011

The above order is hereby VACATED. Due to an error in the Clerk's office, the SAC was not timely docketed but I am informed that it was received on 11/28/11. The parties shall appear for a conference on 1-19-2012 @ 9:30 AM

So Ordered.

_Cathy Seibel_
Cathy Seibel, U.S.D.J.

Dated: 12/1/11

Paul Hastings LLP | 75 East 55th Street | New York, NY 10022
t: +1.212.318.6000 | www.paulhastings.com