# LISA R. LIPMAN
ATTORNEY AT LAW
145 HUGUENOT STREET, SUITE 402
NEW ROCHELLE, NEW YORK 10801
TEL: (914) 235-8922
FAX: (914) 636-6021

MEMBER N.Y. AND CONN. BARS

November 30, 2011

*Via Telefax (914) 390-4278*

Chambers of Hon. Cathy Seibel
United States District Judge
The. Hone. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/11
```

Re:   *Schlenger v. IBM Corporation Inc. and
Gary Lipson*
No. 09-CV-3986

Dear Judge Seibel:

Together with my co-counsel, Gail I. Auster, Esq., we represent the plaintiff Susan Amy Schlenger in the above-referenced case.

We write to confirm that on November 28, 2011, the Second Amended Complaint in this case was filed with the Clerk of the Court in White Plains. Moreover, as of this fax, I have faxed and emailed to Mr. Bloom of Paul Hastings LLP a copy of the Second Amended Complaint date-stamped "Received Nov 28 2011 U.S.D.C. WP." I will also send him a copy via overnight mail for arrival tomorrow. The Second Amended Complaint was also e-mailed to the court on November 28, 2011 and will appear in ECF as filed on November 28, 2011.

Plaintiff has fully complied with Your Honor's order to file an Amended Complaint no later than November 28, 2011. Accordingly, Mr. Bloom's request seeking dismissal with prejudice should be denied.

Respectfully,

Lisa R. Lipman

cc:   Allan S. Bloom, Esq.
    of Paul Hastings LLP
    Attorneys for IBM Corporation
  Gail I. Auster, Esq.
    Attorney for Plaintiff

┌─────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT      │
└─────────────────────────────────────────┘

```
                                    TIME  : 11/30/2011 12:33
                                    NAME  : LISA R LIPMAN ESQ
                                    FAX   : 9146366021
                                    TEL   :
                                    SER.# : C1J693618
```

```
    DATE,TIME              11/30  12:27
    FAX NO./NAME           12123194090
    DURATION               00:05:40
    PAGE(S)                39
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

Showing receipt by
Paul Hastings
of 2d Amd Comp
and 1/ to Judge Seibel)
   re same

# LISA R. LIPMAN
Attorney At Law
145 Huguenot Street, Suite 402
New Rochelle, New York 10801

Member N.Y. and Conn. Bars
Email: LRLipman@aol.com
Tel: (914) 235-8922                         Fax: (914) 636-6021

## FACSIMILE COVER SHEET

DATE: 11/30/11

TO:  Hon. Cathy Seibel

COMPANY/FIRM NAME:  U.S.D.C., S.D.N.Y.

TELEFAX NUMBER: (914) 390-4278

RE:  *Schlenger v. IBM Corporation et ano.*
     09-CV-3986 (CS)

NUMBER OF PAGES INCLUDING THIS COVER SHEET: 3

INSTRUCTIONS:

**Letter to Judge Seibel of today's date regarding 11/28 filing of Second Amended Complaint and receipt of fax of same to defendant**

## CONFIDENTIALITY NOTE

The pages accompanying this facsimile transmission contain information from the law firm of Lisa R. Lipman, Esq. which is confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this cover sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify me by telephone immediately so that I can arrange for the retrieval of the original documents at no cost to you.
**IF THERE IS ANY PROBLEM WITH THIS TRANSMISSION, PLEASE CALL ME IMMEDIATELY AT (914) 235-8922.**