UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Schlenger,                              Plaintiff,

                                                **NOTICE OF ADJOURNMENT OF CONFERENCE**

      -against-

                                                09 Civ. 3896 (CS)

Metropolitan Life Insurance,
                              Defendant.
------------------------------------------------------------x

The conference previously scheduled by this Court for January 19, 2012

*is adjourned by this Court to January 25, 2012 at 2:30 p.m.*

at the Charles L. Brieant United States Courthouse, 300 Quarropas St., White

Plains, NY 10601, Courtroom 218.

                                                  _____
                                                  Alice F. Cama, Courtroom Deputy

Dated: White Plains, New York
        December 7, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-20 11