AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Susan Amy Schlenger
_____
Plaintiff

v.

IBM Corporation and
Gary Lipson
_____
Defendant

Civil Action No. 09-CV-3986 (CS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gary Lipson
222 Barlow Mountain Rd
Ridgefield, CT 06877-1937

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Barbara _____
Signature of Clerk or Deputy Clerk

Date: 11-28-2011

**DLS DEMOVSKY LAWYER SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SUSAN AMY SCHLENGER,

        Plaintiff,                     Case No. 09-CV-3986

    -against-                  AFFIDAVIT OF SERVICE

IBM CORPORATION and GARY LIPSON,

        Defendants.
---------------------------------------------------------X
STATE OF CONNECTICUT}
        S.S.:
COUNTY OF HARTFORD }

        ERIC RUBIN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 13th day of December, 2011, at approximately 4:31pm, deponent served a true copy of the **SUMMONS AND SECOND AMENDED COMPLAINT** upon GARY LIPSON at 222 Barlow Mountain Road, Ridgefield, CT by personally delivering and leaving the same with GARY LIPSON at that address. At the time of service, deponent asked Gary Lipson whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Gary Lipson is a white male, approximately 50 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 170 pounds with black/gray hair.

ERIC RUBIN

Sworn to before me this
19 day of December, 2011

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com