# PAUL HASTINGS

**MEMO ENDORSED**

1(212) 318-6377
allanbloom@paulhastings.com

April 12, 2012

17321.00053

**VIA FACSIMILE**

Chambers of Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-12
```

Re:   *Schlenger v. IBM Corporation and Gary Lipson*
      No. 09-CV-3986 (CS)

Your Honor:

We represent the Defendants, IBM and Gary Lipson, in this lawsuit.

By Order dated March 30, 2012, Your Honor requested that Defendants advise the Court as to whether Defendants' motion to dismiss Plaintiff's Third Amended Complaint—which we served on Plaintiff on March 15, 2012—needs to be revised in light of Plaintiff's service of a *Fourth* Amended Complaint, on April 5, 2012.

Plaintiff's Fourth Amended Complaint should be dismissed for the same reasons that require dismissal of her Third Amended Complaint, as outlined in Defendants' motion papers. Accordingly, with the exception of changing the references in Defendant's motion papers to "Fourth Amended Complaint" from "Third Amended Complaint" and making any corresponding changes to page references, nothing else in Defendants' motion papers requires amendment in light of Plaintiff's new pleading. With the Court's permission, we will send Plaintiff a corrected copy of the motion papers with these revised references (but otherwise identical to the versions served last month) forthwith.[1]

Respectfully submitted,

*/s/ Allan S. Bloom*

Allan S. Bloom
of PAUL HASTINGS LLP

cc:   Gail I. Auster, Esq.
      Lisa Ruth Lipman, Esq.
      *Attorneys for Plaintiff*

**Application Granted / ~~Denied~~
So Ordered.**

*/s/ Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 4/16/12

---

[1] The parties have agreed to file all papers related to Defendants' motion to dismiss only after it is fully briefed.

Paul Hastings LLP | 75 East 55th Street | New York, NY 10022
t: +1.212.318.6000 | www.paulhastings.com

# PAUL HASTINGS

## FAX TRANSMISSION

| | | | |
|---|---|---|---|
| **to:** | **company/office:** | **fax:** | **telephone:** |
| Hon. Cathy Seibel | United States District Courthouse | 914-390-4278 | |
| **from:** | **fax:** | **telephone:** | **initials:** |
| Allan S. Bloom | 1(212) 319-4090 | 1(212) 318-6377 | ASB2 |
| **client name:** | *Schlenger v. Fidelity Employer Servs. Co. LLC*, et al. No. 09-CV-3986 (CS) | **client matter number:** | 17321.00053 |
| **date:** | April 12, 2012 | **pages (with cover):** | 2 |

**comments:**

*If you do not receive all pages, please call Immediately Facsimile Center: 1(212) 318-6821*

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the below address via the U.S. Postal Service. Thank you.

Paul Hastings LLP | 75 East 55th Street | New York, NY 10022
t: +1.212.318.6000 | www.paulhastings.com

LEGAL_US_E # 94751744.1