ALLAN S. BLOOM
ERIN E. LARUFFA
PAUL HASTINGS LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*
INTERNATIONAL BUSINESS MACHINES CORPORATION
AND GARY LIPSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN AMY SCHLENGER,<br><br>        Plaintiff,<br><br>    - against -<br><br>FIDELITY EMPLOYER SERVICES COMPANY, LLC, IBM CORPORATION, and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendants. | 09-CV-3986 (CS)<br><br>**REVISED NOTICE OF MOTION** |

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated April 18, 2012; the Affirmation of Allan S. Bloom, dated March 15, 2012, and the exhibit attached thereto; and all other pleadings, papers, and proceedings herein, Defendants International Business Machines Corporation and Gary Lipson will move this Court, located at the United States Courthouse, 300 Quarropas Street, White Plains, New York, at such time as the Court may direct, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Fourth Amended Complaint for failure to state a claim upon which relief can be granted and for such other and further relief that the Court deems just and proper.

Dated: New York, New York
       April 18, 2012

                         PAUL HASTINGS LLP

                         By: _____
                                Allan S. Bloom
                                Erin E. LaRuffa
                         75 East 55th Street
                         New York, New York 10022
                         (212) 318-6000

                         *Attorneys for Defendant*
                         INTERNATIONAL BUSINESS MACHINES
                         CORPORATION AND GARY LIPSON


TO:    Lisa R. Lipman, Esq.
        145 Huguenot Street, Suite 402
        New Rochelle, New York 10801
        *Attorney for Plaintiff*

        Gail I. Auster, Esq.
        Law Offices of Gail I. Auster & Associates, P.C.
        17 Battery Place, Suite 711
        New York, New York 10004
        *Attorney for Plaintiff*

| | |
|---|---|
| SUSAN AMY SCHLENGER,<br><br>       Plaintiff,<br><br>   - against -<br><br>FIDELITY EMPLOYER SERVICES COMPANY, LLC, IBM CORPORATION, and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>       Defendants. | 09-CV-3986 (CS)<br><br><br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on April 18, 2012, the foregoing was served by facsimile and U.S. mail upon:

Lisa R. Lipman
145 Huguenot Street, Suite 402
New Rochelle, New York 10801
*Attorney for Plaintiff*

Gail I. Auster
Law Offices of Gail I. Auster & Associates, P.C.
17 Battery Place, Suite 711
New York, New York 10004
*Attorney for Plaintiff*

   Further, the foregoing will be filed electronically with the Court's CM/ECF System when Defendants' Motion to Dismiss is fully briefed.


Dated: New York, New York
    April 18, 2012

                           ALLAN S. BLOOM