**LISA R. LIPMAN**
ATTORNEY AT LAW
145 HUGUENOT STREET, SUITE 402
NEW ROCHELLE, NEW YORK 10801
TEL: (914) 235-8922
FAX: (914) 636-6021

MEMBER N.Y. AND CONN. BARS

June 13, 2012

*Via Telefax (914) 390-4278*

Chambers of Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

        Re:   *Schlenger v. IBM Corporation Inc. and
                Gary Lipson*
                No. 09-CV-3986 (CS)

Dear Judge Seibel:

        Gail I. Auster, Esq. and I represent the Plaintiff in the above-referenced case.

        Defendants' counsel's letter to you of today's date is but a further example of how counsel chooses to misconstrue, misread, and malign opposing counsel while ignoring the simple and legitimate questions asked.

        Plaintiff remains ready to return the Laptop in issue, and seeks assurance from defendants that defendants will take the steps necessary to "preserve the contents of the computer, including access information and 'deleted' documents that may remain" by having a forensically acceptable hard drive created by a qualified forensic provider. This is what Plaintiff understands the Order to mean, based on consultation with her forensic expert. Defendants' counsel refuses to acknowledge that this is what the Order means, much less assure Plaintiff that it will do so. There is no "self-help" here but an honest effort to get an honest assurance that the documents on the Laptop will not be destroyed.

        We trust that Your Honor is perfectly able to read the letters provided to you concerning this dispute, and will provide clarification and guidance.

                                                            Respectfully,

                                                           Lisa R. Lipman

cc:    Gail I. Auster, Esq.
        Allan S. Bloom, Esq.

**LISA R. LIPMAN**
Attorney At Law
145 Huguenot Street, Suite 402
New Rochelle, New York 10801

Member N.Y. and Conn. Bars
Email: LRLipman@aol.com
Tel: (914) 235-8922                                  Fax: (914) 636-6021

**FACSIMILE COVER SHEET**

DATE: 6/13/2012

TO: Hon. Cathy Seibel

COMPANY/FIRM NAME: U.S.D.C., S.D.N.Y.

TELEFAX NUMBER: (914) 390-4278

RE: *Schlenger v. IBM Corporation et ano.*
     09-CV-3986 (CS)

NUMBER OF PAGES INCLUDING THIS COVER SHEET: 2

INSTRUCTIONS:

**Letter to Judge Seibel of today's date responding to letter of today's date by Allan S. Bloom, Esq.**

**CONFIDENTIALITY NOTE**

The pages accompanying this facsimile transmission contain information from the law firm of Lisa R. Lipman, Esq. which is confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this cover sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify me by telephone immediately so that I can arrange for the retrieval of the original documents at no cost to you.
**IF THERE IS ANY PROBLEM WITH THIS TRANSMISSION, PLEASE CALL ME IMMEDIATELY AT (914) 235-8922.**