# PAUL HASTINGS

1(212) 318-6377
allanbloom@paulhastings.com

June 13, 2012

17321.00053

**VIA FACSIMILE**

Chambers of Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *Schlenger v. IBM Corporation and Gary Lipson*
      No. 09-CV-3986 (CS)

Your Honor:

We represent the defendants. We write to address and clarify inaccuracies in Plaintiff's counsel Lisa Lipman's letter to Your Honor of last evening.

On May 31, 2012, Your Honor ordered Plaintiff to return IBM's laptop. (Order, Dkt. #100.) As we informed Your Honor by letter yesterday, Plaintiff has ignored the Order and refuses to return IBM's property.

Plaintiff's excuse for not complying with the Order appears to be that IBM did not respond to a June 8, 2012 letter from Ms. Lipman's co-counsel, Gail Auster, regarding IBM's document production. The parties have not even met and conferred yet with respect to any issues Plaintiff has with IBM's document production, as required by the Court's rules. Plaintiff has no right to engage in self-help by disregarding the Order directing her to return IBM's laptop simply to gain some perceived leverage in a discovery dispute that is far from ripe.

Respectfully submitted,

Allan S. Bloom
of PAUL HASTINGS LLP

Attachment

cc:   Gail I. Auster, Esq.
      Lisa Ruth Lipman, Esq.
      *Attorneys for Plaintiff*

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

**FACSIMILE TRANSMISSION**

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Honorable C. Seibel | USDC | 914-390-4278 | |

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Allan S. Bloom, Esq. | (212) 319-4090 | (212) 318-6377 | ASB2 |

| client name: | *Schlenger v. Fidelity Employer Servs. Co. LLC, et al.* No. 09-CV-3986 (CS) | client matter number: | 17321.00053 |
|---|---|---|---|
| date: | June 13, 2012 | pages (with cover): | 2 |

**comments:**

**If you do not receive all pages, please call immediately Facsimile Center: (212) 318-6821**

*This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

LEGAL_US_E # 92749048.1