**LISA R. LIPMAN**
ATTORNEY AT LAW
145 HUGUENOT STREET, SUITE 402
NEW ROCHELLE, NEW YORK 10801
TEL.: (914) 235-8922
FAX: (914) 636-6021

MEMBER N.Y. AND CONN. BARS

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 6/14/12

June 14, 2012

*Via Telefax (914) 390-4278*

Chambers of Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

   Re: *Schlenger v. IBM Corporation Inc. and Gary Lipson*
     No. 09-CV-3986 (CS)

Dear Judge Seibel:

   Gail I. Auster, Esq. and I represent the plaintiff Susan Amy Schlenger ("Plaintiff" or "Schlenger") in the above-referenced case. We write to request an extension of time to deliver the Laptop to IBM from 5:00 p.m. today until 5:00 p.m. tomorrow, Friday, June 15.

   Please note that, although signed last night, the Order was not posted on ECF until nearly noon today. As soon as we received it, we contacted our client, who is ill, in order to ascertain her family's ability to return the Laptop, and learned that our client's car could not safely manage the several hours drive between Hyde Park, NY and Manhattan to deliver the Laptop to defendants' counsel. We also tried to reach defendants' counsel and learned that both Mr. Bloom and Ms. LaRuffa are out of the office and will not be returning until tomorrow, although their secretary said she would email them. We then contacted chambers who advised us that we needed to make an application.

   If provided with the extension we will have our client overnight mail the Laptop to defendants' counsel.

            Respectfully,

            Lisa R. Lipman

cc: Gail I. Auster, Esq.
   Allan S. Bloom, Esq.
   Erin LaRuffa, Esq.

TRANSMISSION VERIFICATION REPORT

```
TIME    : 06/14/2012 15:24
NAME    : LISA R LIPMAN ESQ.
FAX     : 9146366021
TEL     :
SER. #  : C1J693618
```

```
DATE,TIME         06/14  15:23
FAX NO./NAME      12123194090
DURATION          00:00:29
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

**LISA R. LIPMAN**
Attorney At Law
145 Huguenot Street, Suite 402
New Rochelle, New York 10801

Member N.Y. and Conn. Bars
Email: LRLipman@aol.com
Tel: (914) 235-8922                                  Fax: (914) 636-6021

## FACSIMILE COVER SHEET

DATE: 6/13/2012

TO: Hon. Cathy Seibel

COMPANY/FIRM NAME: U.S.D.C., S.D.N.Y.

TELEFAX NUMBER: (914) 390-4278

RE: *Schlenger v. IBM Corporation et ano.*
    09-CV-3986 (CS)

NUMBER OF PAGES INCLUDING THIS COVER SHEET: 2

INSTRUCTIONS:

**Letter to Judge Seibel of today's date.**

So Ordered,
*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated:_____

## CONFIDENTIALITY NOTE

The pages accompanying this facsimile transmission contain information from the law firm of Lisa R. Lipman, Esq. which is confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this cover sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify me by telephone immediately so that I can arrange for the retrieval of the original documents at no cost to you.
**IF THERE IS ANY PROBLEM WITH THIS TRANSMISSION, PLEASE CALL ME IMMEDIATELY AT (914) 235-8922.**